UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                              :

                                              :

                                              :

           Plaintiff,                :    WAIVER OF SERVICE

                                              :    <u>OF SUMMONS EXECUTED</u>

      -against-                  :

                                              :    ___ Civ. _____ (    ) (    )

                                              :

            Defendant(s).         :
----------------------------------------------------------------X

        Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, The New York City

Department of Correction agrees on behalf of the defendants listed below to waive service of

summons and complaint in this case, with the understanding that the time for these defendants to

answer or otherwise respond to the complaint shall be sixty (60) days from the date that this

waiver is filed.

Date:_____           _____

                                                  *signature of attorney*

                                                  _____

                                                *printed name of attorney*

                                                  Department of Correction

                                                  Office of the General Counsel

                                                  75-20 Astoria Blvd., Suite 305

                                                  East Elmhurst, NY 11370

_
_____           _____
*printed name of party waiving service*        *printed name of party waiving service*


_____           _____
*printed name of party waiving service*        *printed name of party waiving service*


_____           _____
*printed name of party waiving service*        *printed name of party waiving service*


_____           _____
*printed name of party waiving service*        *printed name of party waiving service*


_____           _____
*printed name of party waiving service*        *printed name of party waiving service*

| | |
|---|---|
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |
| _____<br>*printed name of party waiving service* | _____<br>*printed name of party waiving service* |