**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

**ROBERT STOVALL**,

                        **Plaintiff,**

                                                                   **NOTICE OF APPEARANCE**

      **-against-**

**CO ALSTON ET AL.,**                                         **13 Civ. 1232 (LTS)(GWG)**

                                       **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Omar J. Siddiqi**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Jeffrey D. Friedlander, Acting Corporation Counsel of the City of New York, attorney for defendants Captain Roberts, CO Alston, and CO Rentas, effective January 15, 2014.

Dated: New York, New York
           January 15, 2014

                                                      JEFFREY D. FRIEDLANDER
                                                      Acting Corporation Counsel of the City of New York
                                                      *Attorney for Defendants Roberts, Alston, Rentas*
                                                       100 Church Street
                                                     New York, New York 10007
                                                     (212) 356-2381

                                           By:          /s/
                                                        Omar Javed Siddiqi
                                                        Assistant Corporation Counsel
                                                       Special Federal Litigation Division

cc:     Robert Stovall, *Plaintiff Pro-Se* (By First-Class Mail)
          13-A-1849
          Upstate Correctional Facility
          P.O. Box 2001
          Malone, NY 12953